# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| **V.** | |
| ANDRE LAMONT ANDERSON | Case Number: 4:97cr00239-01 JMM |
| | USM Number: 21298-009 |
| **Date of Original Judgment:** January 11, 1999 | Jerome T. Kearney |
| **(Or Date of Last Amended Judgment)** | Defendant's Attorney |

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.
[X] GRANTED  and the defendant's previously imposed sentence of imprisonment of **135 months** is reduced to **108 months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE

| | |
|---|---|
| Previous Offense Level (Prior to Departure /Variance/Rule 35): **31** | Amended Offense Level: **29** |
| Criminal History Category: **III** | Criminal History Category: **III** |
| Previous Guideline Range: 135 to 168 months | Amended Guideline Range: 108 to 135 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.

[ ] Other (Specify):

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated January 11, 1999 shall remain in effect.
The Clerk is directed to mail a copy of this Order to Defendant.
**IT IS SO ORDERED.**

| | |
|---|---|
| February 27, 2008 | /s/ James M. Moody |
| Date of Order | Signature of Judge |
| March 3, 2008 | James M. Moody, United States District Judge |
| Effective Date (if delayed) | Name and Title of Judge |