✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDRE LAMONT ANDERSON | ) | Case No:  4:97cr00239-01 JMM |
| | ) | USM No: 21298-009 |
| Date of Previous Judgment: January 11, 1999 | ) | Jerome T. Kearney |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒  DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of    135    months **is reduced to   TIME SERVED   .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 108 to 135 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒  Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   1/11/1999   shall remain in effect.

**IT IS SO ORDERED**.

The Clerk is directed to send a copy of this order to Defendant

Order Date:   March 3, 2008                              /s/ James M. Moody
                                                 Judge's signature

Effective Date:  As soon as possible but               JAMES M. MOODY, U.S. DISTRICT JUDGE
                 not later than 3/14/2008                    Printed name and title
   (if different from order date)